**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

:Matriya-Shalai: Johnson@,
et al

*(In the space above enter the full name(s) of the plaintiff(s).)*

18·CV-1574

- against -

Please see attached

**COMPLAINT**

Jury Trial:  ☐ Yes   ☐ No

*(check one)*

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attach" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I.     Parties in this complaint:**

A.     List your name, address and telephone number.  If you are presently in custody, include your identification number and the name and address of your current place of confinement.  Do the same for any additional plaintiffs named.  Attach additional sheets of paper as necessary.

Plaintiff        Name                    _____ See Attached _____
                 Street Address          _____
                 County, City            _____
                 State & Zip Code        _____
                 Telephone Number        _____

*Rev. 10/2009*

B.  List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1        Name        *See Attached*

Street Address

County, City

State & Zip Code

Defendant No. 2        Name        *See Attached*

Street Address

County, City

State & Zip Code

Defendant No. 3        Name        *See Attached*

Street Address

County, City

State & Zip Code

Defendant No. 4        Name        *See Attached*

Street Address

County, City

State & Zip Code

## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.  What is the basis for federal court jurisdiction? *(check all that apply)*
    Q  Federal Questions          Q  Diversity of Citizenship

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue?        *Please see attached*

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

### III.    Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    Where did the events giving rise to your claim(s) occur?   *Please see attached*

B.    What date and approximate time did the events giving rise to your claim(s) occur? _____
          *Please see attached*

| What happened to you? |
| --- |

C.    Facts:        *Please see attached*

| Who did what? |
| --- |

| Was anyone else involved? |
| --- |

| Who else saw what happened? |
| --- |

*Rev. 10/2009*                              - 3 -

## IV.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____ *Please    See    attached* _____

_____

_____

_____

_____

_____

_____

_____

_____

## V.    Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. *Please    See    attached*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _13_ day of _____ April _____ , 20 _18_ .

Plantive
Signature of ~~Plaintiff~~ _: Matriya - Shalai : Johnson ©_

Mailing Address _C/O  2722  North  Hemberger_
_Street_
_Philadelphia [Non-domestic], Pennsylvania [Zip-exempt_

Telephone Number __267 - 242 - 4215__

Fax Number *(if you have one)* _____

E-mail Address _matriyasha@ gmail.com_

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of _____ , 20 _____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _____

Inmate Number _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

: Matriya -Shalai : Johnson @
et al

_____

Plantive(s)

against

Department of Human Services,
Darin Wiggs-Hughes, Christopher Li,
Ja'net Roberson, "Ms Latiff," Racquel
Braham, Net CUA 7, Steven
Grilli, Christopher Waiters, Nashanta
C. Robinson, David Coleman, Dana
Walker, Antonique Edwards, Shakia
Harris, Janelle Wright-Brown,
Quadriyy Major, Rose Morgan,
City of Philadelphia Law Depart-
ment, Jeri Hope Behrman, Atya
Burns, Kathleen Kim, Jeffrey C. Breh,
Louisa Ashmead Robinson, Patricia
Mcghettigan, Lindsay Margaret Palmer,
Carla Beggins, Jonathan Houlon, "Judge"
Joseph L. Fernandes Family Court of
Philadelphia, Sheriff Moore

Sheriff Dunbar, Sheriff Bradley, Sheriff
Taylor, Philadelphia Police Department
22nd District, Sergeant Bascom,
Officer Foley, Henry House/Northeast
Treatment Centers, Regan Kelly, et al.

I. **Parties in this complaint:**

Name Darin Wiggs-Hughes, Department of Human Services

Street Address 1515 Arch Street

County, City Philadelphia, Philadelphia

State & Zip Code Pennsylvania 19102

Telephone Number 215 - 683 - 4347

Name Christopher Li, Department of Human Services

Street Address 1515 Arch Street

County, City Philadelphia, Philadelphia

State & Zip Code Pennsylvania 19102

Telephone Number 215 - 683 - 4347, 484 - 686 - 4608

Name Ja'Net Roberson, Department of Human Services

Street Address 1515 Arch Street

County, City Philadelphia, Philadelphia

State & Zip Code Philadelphia, Philadelphia

Telephone Number 215 - 683 - 4347

Name "Ms. Latiff," Department of Human Services
Street Address 1515 Arch Street
County, City Philadelphia, Philadelphia
State & Zip Code Pennsylvania 19102
Telephone Number 215-683-4347

Name Racquel Braham, Department of Human Services
Street Address 1515 Arch Street
County, City Philadelphia, Philadelphia
State & Zip Code Pennsylvania 19102
Telephone Number 215-683-4347

Name Steven Grilli, Net CUA 7 Agency
Street Address 3133 Ridge Avenue 2nd Fl.
County, City Philadelphia, Philadelphia
State & Zip Code Pennsylvania 19132
Telephone Number _____

Name Christopher Waiters, Net CUA 7 Agency
Street Address 3133 Ridge Avenue 2nd Fl.
County, City Philadelphia, Philadelphia
State & Zip Code Pennsylvania 19132
Telephone Number _____

Name Nashanta C. Robinson, Net CUA 7 Agency
Street Address 3133 Ridge Avenue 2nd Fl.

County, City _Philadelphia, Philadelphia_

State & Zip Code _Pennsylvania  19132_

Telephone Number _267- 398 - 2767_

Name _David Coleman, Net CUA 7 Agency_

Street Address _3133 Ridge Avenue  2nd Fl._

County, City _Philadelphia, Philadelphia_

State & Zip Code _Pennsylvania  19132_

Telephone Number _267-252-7748, 267-479-5898_

Name _Dana Walker, Net CUA 7 Agency_

Street Address _3133 Ridge Avenue  2nd Fl._

County, City _Philadelphia, Philadelphia_

State & Zip Code _Pennsylvania  19132_

Telephone Number _267- 314 -1003_

Name _Antonique Edwards, Net CUA 7 Agency_

Street Address _3133 Ridge Avenue  2nd Fl._

County, City _Philadelphia , Philadelphia_

State & Zip Code _Pennsylvania  19132_

Telephone Number _267- 530- 1933_

Name _Shakia Harris, Net CUA 7 Agency_

Street Address _3133 Ridge Avenue  2nd Fl._

County, City _Philadelphia, Philadelphia_

State & Zip Code _Pennsylvania 19132_

Telephone Number _267 - 398 - 7267_

Name _Janelle Wright-Brown, Net CUA 7_
Street Address _3133 Ridge Avenue 2nd Fl._
County, City _Philadelphia, Philadelphia_
State & Zip Code _Pennsylvania 19132_
Telephone Number _215 - 251 - 8010_

Name _Quadriyy Major, Net CUA 7 Agency_
Street Address _3133 Ridge Avenue 2nd Fl._
County, City _Philadelphia, Philadelphia_
State & Zip Code _Pennsylvania 19132_
Telephone Number _____

Name _Rose Morgan, Net CUA 7 Agency_
Street Address _3133 Ridge Avenue 2nd Fl._
County, City _Philadelphia, Philadelphia_
State & Zip Code _Pennsylvania 19132_
Telephone Number _267 - 418 - 4093_

Name _Jeri Hope Behrman, City of Philadelphia Law Department_
Street Address _1515 Arch Street_
County, City _Philadelphia, Philadelphia_
State & Zip Code _Pennsylvania 19102_
Telephone Number _____

Name _Kathleen Kim, City of Philadelphia Law Department_

Street Address _____

County, City _Philadelphia , Philadelphia_

State & Zip Code _Pennsylvania  19102_

Telephone Number _____

Name _Jeffrey C. Bruch_

Street Address _1515 Market Street St. 1200_

County, City _Philadelphia , Philadelphia_

State & Zip Code _Pennsylvania  19115_

Telephone Number _215 - 990 - 3175_

Name _Louisa Ashmead Robinson_

Street Address _____

County, City _Philadelphia , Philadelphia_

State & Zip Code _Pennsylvania_

Telephone Number _215 - 519 - 4667_

Name _Patricia Mcghettigan_

Street Address _____

County, City _Philadelphia , Philadelphia_

State & Zip Code _Pennsylvania_

Telephone Number _____

Name _Lindsay Margaret Palmer_

Street Address _____

County, City _Philadelphia, Philadelphia_

State & Zip Code _Pennsylvania_ ·

Telephone Number _____

Name _Carla Beggins_____

Street Address _____

County, City _Philadelphia, Philadelphia_

State & Zip Code _____

Telephone Number _215 - 350 - 0470_____

Name _Jonathan Houlon_____

Street Address _____

County, City _____

State & Zip Code _____

Telephone Number _____

Name _"Judge" Joseph L. Fernandes_____

Street Address _1501 Arch Street_____

County, City _Philadelphia, Philadelphia_

State & Zip Code _Pennsylvania 19102_____

Telephone Number _____

Name _Sheriff Moore-Family Court of Philadelphia_

Street Address _1501 Arch Street 11ᵗʰ Flr._

County, City Philadelphia, Philadelphia

State & Zip Code Pennsylvania

Telephone Number 215-678-1161

Name Sheriff Dunbar, Family Court of Philadelphia

Street Address 1501 Arch Street

County, City Philadelphia, Philadelphia

State & Zip Code Pennsylvania 19102

Telephone Number 215-686-7466

Name Sheriff Taylor, Family Court of Philadelphia

Street Address 1501 Arch Street

County, City Philadelphia, Philadelphia

State & Zip Code Pennsylvania 19102

Telephone Number 215-686-7466

Name Sergeant Bascom-Philadelphia Police Department 22nd District

Street Address 1747 N. 17th Street

County, City Philadelphia, Philadelphia

State & Zip Code Pennsylvania 19121

Telephone Number 215-686-3220

Name Officer Foley-22nd District Philadelphia Police Department

Street Address 1747 N. 17th Street

County, City Philadelphia, Philadelphia

State & Zip Code Pennsylvania 19121

Telephone Number 215-686-3220

Name Regan Kelly - Northeast Treatment Centers

Street Address 499 N. 5th Street, Suite A

County, City Philadelphia, Philadelphia

State & Zip Code Pennsylvania 19123

Telephone Number _____

Name Henry House - Northeast Treatment Centers

Street Address 154 E. Huntingdon Street

County, City Philadelphia, Philadelphia

State & Zip Code Pennsylvania 19125

Telephone Number 215-739-3742

Name Atya Burns

Street Address _____

County, City Philadelphia, Philadelphia

State & Zip Code Pennsylvania

Telephone Number _____

B.    List All Defendants

Defendant No. 1

Name Darin Wiggs - Hughes, Department of Human Services

Street Address 1515 Arch Street

County, City Philadelphia, Philadelphia

State & Zip Code _Pennsylvania 19102_

Telephone Number _215-683-4347_

Defendant No. 2

Name _Christopher Li - Department of Human Services_

Street Address _1515 Arch Street_

County, City _Philadelphia, Philadelphia_

State & Zip Code _Pennsylvania 19102_

Telephone Number _215-683-4347_

Defendant No. 3

Name _Ja'Net Roberson, Department of Human Services_

Street Address _1515 Arch Street_

County, City _Philadelphia, Philadelphia_

State & Zip Code _Pennsylvania 19102_

Telephone Number _215-683-4347_

Defendant No. 4

Name _"Ms Latiff", Department of Human Services_

Street Address _1515 Arch Street_

County, City _Philadelphia, Philadelphia_

State & Zip Code _Pennsylvania 19102_

Telephone Number _215-683-4347_

Defendant No. 5

Name Steven Grill, Net CUA 7 Agency

Street Address 3133 Ridge Avenue 2nd Fl.

County, City Philadelphia, Philadelphia

State & Zip Code Pennsylvania 19132

Telephone Number _____

Defendant No. 6

Name Christopher Waiters, Net CUA 7 Agency

Street Address 3133 Ridge Avenue 2nd Fl.

County, City Philadelphia, Philadelphia

State & Zip Code Pennsylvania 19132

Telephone Number _____

Defendant No. 7

Name Nashanta C. Robinson, Net CUA 7 Agency

Street Address 3133 Ridge Avenue 2nd Fl.

County, City Philadelphia, Philadelphia

State & Zip Code Pennsylvania 19132

Telephone Number 267-308-2767

Defendant No. 8

Name David Coleman, Net CUA 7 Agency

Street Address 3133 Ridge Avenue 2nd Fl.

County, City Philadelphia, Philadelphia

State & Zip Code ~~Philadelphia~~ Pennsylvania 19132

Telephone Number 267-252-7748, 267-479-5898

Defendant No. 9

Name Dana Walker, Net CUA 7 Agency

Street Address 3133 Ridge Avenue 2nd Fl.

County, City Philadelphia, Philadelphia

State & Zip Code Pennsylvania 19132

Telephone Number 267-314-1003

Defendant No. 10

Name Antonique Edwards, Net CUA 7 Agency

Street Address 3133 Ridge Avenue 2nd Fl.

County, City Philadelphia, Philadelphia

State & Zip Code Pennsylvania 19132

Telephone Number 267-530-1933

Defendant No. 11

Name Shakia Harris, Net CUA 7 Agency

Street Address 3133 Ridge Avenue 2nd Fl.

County, City Philadelphia, Philadelphia

State & Zip Code Pennsylvania 19132

Telephone Number 267-398-7267

Defendant No. 12

Name Janelle Wright-Brown

Street Address 3133 Ridge Avenue 2nd Fl.

County, City _Philadelphia, Philadelphia_

State & Zip Code _Pennsylvania 19152_

Telephone Number _215-251-8010_

Defendant No. 13

Name _Quadriyy Major, Net CUA 7 Agency_

Street Address _3133 Ridge Avenue 2nd Fl._

County, City _Philadelphia, Philadelphia_

State & Zip Code ~~Philadelphia, Philadelphia~~ _Pennsylvania 19132_

Telephone Number _____

Defendant No. 14

Name _Rose Morgan, Net CUA 7 Agency_

Street Address _3133 Ridge Avenue 2nd Fl._

County, City _Philadelphia, Philadelphia_

State & Zip Code _Pennsylvania 19132_

Telephone Number _267-418-4093_

Defendant No. 15

Name _Jeri Hope Behrman, City of Philadelphia Law Department_

Street Address _1515 Arch Street_

County, City _Philadelphia, Philadelphia_

State & Zip Code _Pennsylvania 19102_

Telephone Number _____

Defendant No. 16

Name _Atya Burns_

Street Address _____

County, City _Philadelphia, Philadelphia_

State & Zip Code _Pennsylvania_

Telephone Number _____


Defendant No. 17

Name _Kathleen Kim, City of Philadelphia Law Department_

Street Address _____

County, City _Philadelphia, Philadelphia_

State & Zip Code _Pennsylvania  19108_

Telephone Number _____


Defendant No. 18

Name _Jeffrey C. Bruch_

Street Address _1515 Market Street St. 1280_

County, City _Philadelphia, Philadelphia_

State & Zip Code _Pennsylvania  19115_

Telephone Number _215-990-3175_


Defendant No. 19

Name _Louisa Ashmead Robinson,_

Street Address _____

County, City _Philadelphia, Philadelphia_

State & Zip Code _Pennsylvania_____

Telephone Number _____

Defendant No. 20

Name _Patricia Meghettigan_____

Street Address _____

County, City _Philadelphia, Philadelphia_____

State & Zip Code _Pennsylvania_____

Telephone Number _____

Defendant No. 21

Name _Lindsay Margaret Palmer_____

Street Address _____

County, City _Philadelphia, Philadelphia_____

State & Zip Code _Pennsylvania_____

Telephone Number _____

Defendant No. 22

Name _Carla Beggins_____

Street Address _____

County, City _Philadelphia, Philadelphia_____

State & Zip Code _____

Telephone Number _215-350-0470_____

Defendant No. 23

Name _Jonathan Houlon_____

Street Address _____

County, City _____

State & Zip Code _____

Telephone Number _____

Defendant No. 24

Name "Judge" Joseph L. Fernandes, Family Court of Philadelphia

Street Address 1501 Arch street

County, City Philadelphia, Philadelphia

State & Zip Code Pennsylvania 19102

Telephone Number 7

Defendant No. 25

Name Sheriff Moore

Street Address 1501 Arch street 11th Flr.

County, City Philadelphia, Philadelphia

State & Zip Code Pennsylvania 19102

Telephone Number 215-678-1161

Defendant No. 26

Name Sheriff Dunbar

Street Address 1501 Arch street 11th Flr.

County, City Philadelphia, Philadelphia

State & Zip Code Pennsylvania 19102

Telephone Number 215-686-7466

Defendant No. 27

Name Sheriff Bradley

Street Address 1501 Arch Street, 11th Flr.

County, City Philadelphia, Philadelphia

State & Zip Code Pennsylvania, 19102

Telephone Number 215 - 67

Defendant No. 28

Name Sheriff Taylor

Street Address 1501 Arch Street

County, City Philadelphia, Philadelphia

State & Zip Code Pennsylvania 19102

Telephone Number 215-686-7466

Defendant No. 29

Name Sergeant Bascom

Street Address 1747 N. 17th Street

County, City Philadelphia, Philadelphia

State & Zip Code Pennsylvania 19121

Telephone Number 215- 686 -3220

Defendant No. 30

Name Officer Foley

Street Address 1747 N. 17th Street

County, City Philadelphia, Philadelphia

State & Zip Code Pennsylvania 19121

Telephone Number 215-686-3220

**Defendant No. 31**

Name Regan Kelly, Northeast Treatment Centers

Street Address 499 N. 5th Street, Suite A

County, City Philadelphia, Philadelphia

State & Zip Code Pennsylvania 19123

Telephone Number _____

**Defendant No. 32**

Name Henry House - Northeast Treatment Centers

Street Address 154 E Huntingdon Street

County, City Philadelphia, Philadelphia

State & Zip Code Pennsylvania 19125

Telephone Number 215- 739 - 3742

**Defendant No. 33**

Name _____

Street Address _____

County, City _____

State & Zip Code _____

Telephone Number _____

**II.    Basis for Jurisdiction**

A. What is the basis for federal court jurisdiction?

_Federal Question_

B. If the basis for jurisdiction is Federal Question, what Federal Constitutional, statutory or treaty right is at issue?

Bill of Rights 4th Amendment - illegal search and seizure, 5th Amendment - violation of due process, 15 USC § 1692 e (1) - false or misleading representations, 18 USC § 242 Depravation of Rights under color of law, Declaration of Rights of the Child, Declaration of Rights of Indigenous Peoples, Title 18 ch 29 § 2903 - false imprisonment, 42 USC 1983 - violation of Constitutional Rights, Title 28 USC section 455a - Fraud upon the Court;

**III.    Statement of Claim**

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and Locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite Any cases of statutes. If you intend to allege a number of related claims, number and set

Forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    Where did the events giving rise to your claim(s) occur?

2552 North 33rd Street Philadelphia, Pennsylvania [19132], Family Court of Philadelphia 1501 Arch Street Philadelphia, PA 19102, Net CWA 7 Agency 3133 Ridge Avenue Philadelphia, PA 19132, Philadelphia Department of Human Services 1515 Arch Street Philadelphia, PA 19102, Henry House;

B.    What date and approximate time did the events giving rise to your claim occur?

June 03, 2016 around 4pm, February 07, 2017 around 2pm, February 10, 2017 around 12pm, April 05, 2017 around 11:30am, June 06, 2017 around 7pm, February 09, 2018 around 7pm;

C.    Facts:

What Happened to you?

Who did what?

Was anyone else involved?

Who else saw what happened?

On June 03, 2016 at approximately 4pm i:Matriya-Shalai:
Johnson was at 2552 North 33rd Street Philadelphia,
Pennsylvania [19132], a private dwelling, when my God
Given unalienable rights protected by the 4th Amendment,
5th Amendment and other protections were violated;
(see Basis for Jurisdiction section in this lawsuit for
list of additional violations); ~~Detective~~ Christopher Li
and Philadelphia Police Department kidnapped my daughter
C.S.J. born April 23, 2001 without a warrant, without
imminent risk or danger, without any medical reports
or evidence showing any injuries i caused to my
daughter, without [me] being served any legal documents
or being charged with a crime, and placed my daughter
in foster care where she was later abused and neglected;
i filed an appeal on this matter, but i was never heard
on my appeal; i was given supervised visits with my
daughter that were later terminated by Danielle Deputy,

Pg 1

but were eventually restored; FID #[51-FN-002499-
2016] and Docket # [CP-51-DP-0001373-2016] See
exhibits A thru D

On February 07, 2017 at approximately 2pm i :Matriya-
Shalai:Johnson was at 2552 North 33rd Street Philadelphia,
Pennsylvania [19132] a private dwelling, being around 8
months pregnant when my God given unalienable
rights protected by the 4th Amendment, 5th Amendment
and other protections were violated; (see Basis for
Jurisdiction section in this lawsuit for list of additional
violations); Darin Wiggs-Hughes, "Ms. Latiff" in collusion
with Sergeant Bascom of the Philadelphia Police Department
22nd District, Officer Foley, Officer Fernandez, et al
kicked in the first and third floor apartment doors,
assaulted, battered and falsely arrested my partner
:Brian-Nathaniel:Shaw Jr. and took his keys out of his
pocket which they used to open the front door because
they were unsuccessful in kicking that door in; They
searched throughout the first and third floor apartments
which are the property of Gloria Cottman, searched
my belongings including drawers and dirty clothes which
they scattered throughout 3rd floor hallway and illegally
seized my son B.N.S. born October 09, 2017 and my

Pg 2

daughter H.S.S. born January 09, 2016 without a warrant, without any imminent risk or danger, without any medical reports or evidence showing any injuries i caused to my son and daughter, without [me] being served any legal documents or being charged with a crime, and placed my son B.N.S. born October 09, 2012 and my daughter H.S.S. born January 09, 2016 in foster care where they were force vaccinated, abused and neglected, including a .25 centimeter tear was cause to H.S.S. vagina while with foster parent Luz Cruz, and B.N.S. had his hair shaved off by Luz Cruz, his two front teeth punched out and face scratched by foster parent Gail Quattlebaum and he was bullied by "Ronald" and another boy who were at Gail's home; i filed an appeal on this matter, but i was never heard on my appeal; i received supervised visits at Family Court of Philadelphia with my son and daughter 2 times a month to this day; Darin Wiggs-Hughes denied kinship care to Kianna Johnson, and kinship care was later denied to Patricia Cottman, Anita Linda Caraway, Rosheira Johnson; my son and daughter were finally placed with Patricia Cottman their biological grandmother, and Rhonda Shaw their biological aunt in March 2018;

Pg 3

FID#[51-FN-002499-2016] and Docket#[CP-51-DP-0000158-2017], and [CP-51-DP-0000159-2017] Other Officers were involved; Kianna Johnson, Gloria Cottman, "Mr. Mobley" the neighbor, and other bystanders saw what happened; See Exhibits E thru K

---

On February 10, 2016 at approximately 12pm i was on the 11th Floor at the Family Court of Philadelphia 1501 Arch Street Philadelphia, PA 19102, being around 8 months pregnant, when my ~~████~~ God given unalienable rights protected by the 4th Amendment, 5th Amendment and other protections were violated; (see Basis for Jurisdiction section in this lawsuit for list of additional violations) Family Court Clerk and Supervisor denied me the right to file a notice into cases FID#[51-FN 002499-2016] and Docket #[CP-51-DP-0000158-2017], [CP-51-DP-0000159-2017], and [CP-51-DP-0001373-2016], under the strict orders of "Judge" Joseph L Fernandes and i was told by Sheriff Moore i had to leave; When i took my phone out to record and ask why i had to leave, Sheriff Moore called for backup, then told me i could not record and that was a private building, and proceeded to snatch my phone out of my hand; My partner : Brian-

Pg 4

Nathaniel: Shaw stepped between us and said "that's my wife, she's pregnant"; then Sheriff Moore in collusion with other Family Court Sheriffs used excessive force on my partner and i to obstruct justice; Sheriff Moore assaulted and battered my partner, started choking my partner while other Sheriffs grabbed my partner's arms pulling him down; i tried to stop Sheriff Moore from choking my partner, then i was assaulted, battered, choked while Sheriff Dunbar tried to pry my phone out of my hand; i released my phone after i realized my unborn baby was in danger, and later my video recording on my phone was cut; Other Family Court Sheriffs and Supervisors were involved and other bystanders saw what happened; My partner and i were then falsely arrested, "detained" in family court cells by Sheriff Taylor, illegally searched us, threatened us with "citations for disordedy conduct, but later released after an ex-parte hearing was held in our detainment and our son B.N.S. born October 09, 2012 and our daughter H.S.S. born January 09, 2016 were given to DHS by "Judge" Joseph L. Fernandes without any imminent risk or danger, no medical reports or evidence showing we caused any injuries or harm to our son B.N.S. or H.S.S. our daughter; See Exhibits L thru O

Pg 5

On April 05, 2017 at approximately 11:30 am i was at the Family Court of Philadelphia 1501 Arch Street Philadelphia, PA 19102 in courtroom 5C, when my ▓▓▓▓ God given unalienable rights protected by the 4th Amendment, 5th Amendment and other protections were violated; (see Basis for Jurisdiction section in this lawsuit for list of additional violations) "Judge" Joseph L. Fernandes held me in "contempt of court" until my new baby I.S.S. born March 07, 2017 was brought to court without my consent, without any imminent risk or danger to I.S.S. by me, without me being charged with a crime; i was then handcuffed and falsely arrested, then taken to Riverside Correctional Facility (Women's Jail) located at 8151 State Road Philadelphia, PA 19136 where i was falsely imprisoned for approximately 60 hours; Afterwards, i was brought back into Family Court of Philadelphia Room 5C and a "stay away" order was issued by "Judge" Joseph L. Fernandes against me, and my baby I.S.S. born March 07, 2017 given to his father :Brian-Nathaniel:Shaw only; FID#[51-FN 002499-2016], and Docket#[CP-51-DP-0000910-2017]; i was

Pg 6

separated from my partner : Brian-Nathaniel : Shaw Jr.), not allowed at 2552 North 33rd Street Philadelphia, Pennsylvania [19132], not allowed to visit my sons and daughters together anymore with my partner : Brian-Nathaniel : Shaw; Other Bar Attorneys and Family Court Sheriffs were involved; My partner : Brian-Nathaniel : Shaw, and Bar Attorneys, DHS and Net CUR 7 employees present in courtroom 5C saw what happened; See Exhibits P thru T

On June 06, 2017 at approximately 7pm my partner : Brian-Nathaniel : Shaw Jr. was at the Family Court of Philadelphia 1501 Arch Street, and I.S.S. born March 07, 2017 was at 2552 North 33rd Street Philadelphia, Pennsylvania [19132] with Gloria Cottman his great grandmother, and i was not around due to being banned from 2552 North 33rd Street Philadelphia, PA [19132] by "Judge" Joseph L. Fernandes, when my God-given unalienable rights protected by the 4th Amendment, 5th Amendment and other protections were violated; (See Basis for Jurisdiction section in this lawsuit for list of additional violations) "(Judge)" Joseph L. Fernandes held : Brian-Nathaniel : Shaw Jr. in "contempt of court" similar to how i

Pg 7

was held in "contempt of court", falsely arrested
:Brian-Nathaniel: Shaw Jr. and took him to "CFCF"
Curran-Fromhold Correctional Facility 7901 State
Rd, Philadelphia, PA 19136 (Men's Jail) where
he was falsely imprisoned, then Nashanta C.
Robinson called Gloria Cottman who was babysitting
I.S.S. born March 07, 2017 while :Brian-Nathaniel:
Shaw Jr. went to court (he was jailed for 60 hours
also) and Nashanta C. Robinson made sure I.S.S.
born March 07, 2017 was there with Gloria Cottman,
the DHS and Net CUA 7 employees in collusion with
Police Officers of the Philadelphia Police Department
22nd District went to Gloria Cottman's private
property and seized I.S.S. born March 07, 2017
without a warrant, without any imminent risk
or danger, no medical reports or evidence showing
any injuries or harm to I.S.S. by anyone, without
any of us being served any legal documents or
being charged with a crime; I.S.S. born March
07, 2017 was placed in foster care where he was
abused, neglected and force vaccinated; i received
supervised visits at Family Court of Philadelphia
with my son 2 times a month, to this day;

Pg 8

DHS and Net CUA 7 employees denied kinship care to: Patricia Cottman, Anita Linda Caraway, Grace Darcell Johnson, Kianna Johnson, Rosheira Johnson; Other Bar Attorneys and Family Court Sheriffs were involved; Bar Attorneys, DHS and Net CUA 7 employees present in courtroom 5C saw what happened, and Gloria Cottman, Anita Linda Caraway, Grace Darcell Johnson also saw what happened at 2552 North 33rd Street Philadelphia, Pennsylvania [19132] See Exhibits ~~~~ N/A

On February 09, 2018 at approximately 7pm after 3 days of my grandson J.J.A. being born on February 06, 2018 to my daughter C.S.J. born April 23, 2001, Temple University Hospital "Police" and Security, and employees including nurses, doctors and social workers in collusion with DHS and Net CUA 7 employees came into C.S.J. private room and used excessive force and physically battered C.S.J. who just had a C-section major surgery, and physically grabbed newborn J.J.A. to try to take him out of C.S.J. arms, but C.S.J. pleaded to allow her to lay him down in the bassinet, and as

she laid J.J.A. down, nurses and social workers illegally seized J.J.A. without a warrant, without any imminent risk or danger, no medical reports or evidence showing any injuries that my daughter C.S.J. caused her newborn son J.J.A, no use of drugs or alcohol in my daughter's system, without my daughter or i being served any legal documents or being charged with a crime; Temple University Hospital Security handcuffed and falsely arrested my daughter C.S.J. and told nurses to "go get a wheelchair so it looks normal", then sat C.S.J. in a wheelchair and placed her coat over her to cover the handcuffs; Temple University Hospital under the orders of DHS and Net CUA 7 employees had their "police" drive my daughter C.S.J. to "Henry House"/ Northeast Treatment Center 154 E. Huntingdon Street Philadelphia, PA 19125; my daughter C.S.J. has not to this day been enrolled in Henry House because she does not consent to any thing that is being done; "Judge" Joseph L. Fernandes told C.S.J. to complete ARC, but she does not qualify because she's not 18 years old; C.S.J. has been threatened numerous times by Net
↗ Shakia Harris
CUA 7 and DHS employees to do what they tell her or else;

Other Nurses and Doctors and Hospital Staff,
including Temple "Police" and Security, Mary Parker,
and Rosheira Johnson who works at Temple University
Hospital saw what happened; Staff and young
ladies at Henry House also saw what happened;
See Exhibit U thru Exhibit 2

_____

_____

_____

_____

_____

_____

## IV.   Injuries

If you sustained injuries related to the events alleged above, describe them and state
what medical treatment, if any, you required and received.

i've been severely harmed, violated and sustained
severe physical, emotional and psychological trauma, including
theft and damage of my religious property and alienation
during their tender years; Force, threats and obstruction
of justice were used to interfere with the exercise of my
rights and religious liberties; i've sustained personal
injuries by aggravated assault and battery, false
arrest, false imprisonment, violation of my rights

by illegal searches and seizures, due process
violations by persons acting as law enforcement
officials and public officials; Other injuries and
growing and pending disabilities of my sons,
daughters, my partner and i will require treatment.

_____

_____

_____

_____

_____

_____

_____

## V.   Relief:

State what you want the court to do for you and the amount of monetary compensation,
if any, you are seeking, and the basis for such compensation.

i am asking the court for the immediate return
and restoration of my religious and biological property
who are my sons, daughters and grandson, to i their
natural and protective mother, and for those who have
harmed us to be held liable for all damages and injuries
to the fullest extent of the law; i am asking for
One Hundred and Fifty Million Dollars $150,000,000
in monetary compensation or forfeiture of estates due to
the violations of our rights, the physical, emotional and

psychological trauma and personal injuries caused to us; i am asking for medical coverage for the remainder of our natural lives for: **C.S.J.**, B.N.S., H.S.S., I.S.S., J.J.A., Brian Nathaniel Shaw Jr. my partner, and i Matriya Shalai Johnson for healthcare expenses, growing and pending disabilities and losses due to physical, emotional, and psychological trauma;

**I declare under penalty of perjury that the foregoing is true and correct.**

Autographed this __12th__ day of ____April____, 20_18_

Autograph of Plaintive ⚬ _Matriya - Shalai ; Johnson_⚬
Mailing Address _C/o 2722 North Hemberger Street_
_Philadelphia [Non-domestic]_
_Pennsylvania [Zip-exempt]_
Telephone Number __267- 242- 4215__
Fax number (_if you have one_) _____
E-mail Address _Matriya Sha@ gmail. com_

Note: All plaintives named must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.