## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MATRIYA-SHALAI JOHNSON,                    :          **CIVIL ACTION**
    **Plaintiff,**                                    :
                                                      :
    **v.**                                            :
                                                      :
**DEPARTMENT OF HUMAN**                      :          **NO. 18-1574**
**SERVICES,** *et al.*,                     :
    **Defendants.**                                   :

FILED

APR 2 7 2018

KATE BARKMAN, Clerk
By_____Dep. Clerk

## ORDER

AND NOW, this 27th day of April, 2018, upon consideration of Ms. Johnson's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1) and her *pro se* Complaint (ECF No. 2), it is ORDERED that:

1.     Ms. Johnson's Motion for Leave to Proceed *In Forma Pauperis* is GRANTED.

2.     Ms. Johnson's Complaint is DISMISSED without prejudice for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons set forth in the Court's Memorandum with the exception of Ms. Johnson's § 1983 claims Darin Wiggs-Hughes, Christopher Li, Ms. Latiff, Sheriff Moore, Sheriff Dunbar, Sheriff Taylor, Sergeant Bascom, and Officer Foley, as set forth in Section III.F.3 of the Court's Memorandum.

3.     Ms. Johnson is given leave to file an amended complaint within thirty (30) days of the date of entry of this Order. If Ms. Johnson files an amended complaint, she shall name all defendants in the caption of the amended complaint. Any individual or entity that is not listed in the caption will not be treated as a defendant. The amended complaint must also provide as much identifying information for the defendants as possible. The amended complaint must also describe how each defendant was responsible for violating Ms. Johnson's rights. If Ms. Johnson does not file an amended complaint, the Court will direct service of her Complaint on Darin

Wiggs-Hughes, Christopher Li, Ms. Latiff, Sheriff Moore, Sheriff Dunbar, Sheriff Taylor, Sergeant Bascom, and Officer Foley. If Ms. Johnson files an amended complaint, the Clerk shall not make service until so ORDERED by the Court.

4.      The Clerk of Court shall furnish Ms. Johnson with a blank copy of this Court's current standard form to be used by a *pro se* litigant filing a civil action bearing the above-captioned civil action number.

**BY THE COURT:**

**GERALD A. MCHUGH, J.**